UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JAVIER PONZO-ALARCON (1),<br><br>                    Defendant. | CASE NO. 11CR5472-W<br><br>JUDGMENT OF DISMISSAL |

FILED
DEC 19 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal, without prejudice; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

   21 USC 952 AND 960 - IMPORTATION OF COCAINE

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/19/11

                                        _____
                                        THOMAS J WHELAN
                                        UNITED STATES DISTRICT JUDGE